# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>　　　　　Plaintiff,<br><br>　　-vs-<br><br>RICHARD VAN DYK and KUKAS LLC, individually,<br><br>　　　　　Defendants. | Cause No. 2:21-cv-704-TLF<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTIONS CALENDAR:<br>August 9, 2021 |

Plaintiff, Robert Kessler, and all defendants in this case, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

　　　　　Dated this __10th__ day of _____August_____, 2021.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　United States Magistrate Judge

DATED this 9 August 2021.

　　　　　　　　　　　　　　　Respectfully submitted,

Joint Stipulation to Dismiss　　Page | - 1 -　　　　　　　　　　Enabled Law Group
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 18953
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Spokane, WA 99228
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(206)-445-3961

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

/s/ Derek Butz
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com


/s/ Joseph O. Baker
Joseph O. Baker
WSBA #32203
Gehrke, Baker, Doull & Kelly, PLLC
22030 7th Ave S, Suite 202
Des Moines, WA 98198
206-878-4100
joseph@gehrkelawoffices.com
*Attorney for Defendants*